

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-29-2007

# Meyler v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4280

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Meyler v. Comm Social Security" (2007). *2007 Decisions.* Paper 522.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/522

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-4280
_____

PATRICIA MEYLER,
                                        Appellant
                    v.

COMMISSIONER OF SOCIAL SECURITY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 04-cv-4669)
Chief District Judge: Garrett E. Brown, Jr.
_____

Submitted Under Third Circuit LAR 34.1(a)
on July 10, 2007

Before:  RENDELL and AMBRO, Circuit Judges
and SHAPIRO,* District Judge.

(Filed August 29, 2007)

_____

ORDER AMENDING
OPINION OF THE COURT
_____


_____

    *  Honorable Norma L. Shapiro, Senior Judge of the United States District Court for
    the Eastern District of Pennsylvania, sitting by designation.

It is hereby ORDERED that the Not Precedential Opinion filed in the above case on August 28, 2007, be amended as follows:

On page 2 of the opinion, in the last line of the first paragraph, DELETE the words "reverse and remand" and REPLACE them with the words "vacate and remand."

BY THE COURT:


/s/ Marjorie O. Rendell
 Circuit Judge


Dated:  August 29, 2007
CMH/cc: ASA, ES

2